**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv–01806-REB-PAC

TEKNOVATION CORPORATION,

    Plaintiff,

v.

DRIVE THRU TECHNOLOGY, INC.,
DARRELL REED,
SHANNON MARTINDALE,
JIM MACK,
DEREK FELISE,
GERALD SPARROW,
ED BUTLER, and
ROBERT OROZCO,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    On March 24, 2006, the parties filed a **Stipulation and Order for Dismissal** [#44].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation and Order for Dismissal** [#44], filed on March 24, 2006, is **APPROVED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated March 24, 2006, at Denver, Colorado.

                                **BY THE COURT:**

                                **s/ Robert E. Blackburn**
                                **Robert E. Blackburn**
                                **United States District Judge**